<span style="float:right">Ewing v. Harris.</span>

---

Ewing and Another *v.* Harris and Others.—In chancery.

BILL in chancery to set aside a conveyance of real estate, <span style="float:right">*Saturday, June 6.*</span> executed to *Harris* by the other defendants. The bill stated that the grantors, at the time the deed was executed, were indebted to the complainants in a certain sum of money, of

May Term,
1835.

which the grantee had notice; that the conveyance was without consideration, and was made by the grantors and received by the grantee, for the purpose of defrauding the complainants out of their demands. It was also stated that the complainants afterwards obtained judgments for the debts before a justice of the peace; took out executions thereon which were returned *nulla bona;* and filed transcripts of the judgments in the clerk's office of the Circuit Court.

The answers denied all fraud; but the allegations of the bill, in the opinion of the Court, were sustained by the depositions.

*The Court* set aside the conveyance as fraudulent and void as to creditors.